Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

**FILED**

SEP 2 8 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

| In re: | Case No. 10-71823 EDJ | **RECEIVED** |
|---|---|---|
| THIARA, SUKHVINDER SINGH | Chapter 7 | SEP 30 2011 |
| THIARA, SURINDERJIT KAUR | | |
| THIAR, SUKHVINDER REALTY | NOTICE OF UNCLAIMED DIVIDENDS | BANKRUPTCY COURT OAKLAND, CALIFORNIA |
| Debtor(s) | | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the

Court, unclaimed dividends in the amount of $3,566.36. The name(s) and address(es) of the claimants

entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 3 | CACH, LLC 4340 S. MONACO ST., 2ND FLOOR DENVER, CO 80237 | 16,599.89 | 1,677.92 |
| 4 | CACH, LLC 4340 S. MONACO ST., 2ND FLOOR DENVER, CO 80237 | 18,682.60 | 1,888.44 |
| | Total Unclaimed Dividends | | $3,566.36 |

Dated: September 26, 2011

_____
Paul J Mansdorf, TRUSTEE